**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON DIVISION**

| | |
|---|---|
| **EBONY RUFFIN**, individually and on behalf of all other similarly situated individuals,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>**BR INTERVIEWING, INC.** and **BRAUN RESEARCH, INC.**<br><br>　　　　　　Defendants. | Civil Action No. 20-14513 (FLW)(ZNQ)<br><br>Hon. Freda L. Wolfson<br><br>**STIPULATION OF DISMISSAL** |

　　　　WHEREAS, Plaintiff Ebony Ruffin ("Plaintiff Ruffin") filed this collective and class action lawsuit against Defendants BR Interviewing, Inc. and Braun Research, Inc. ("Defendants") on October 15, 2020, alleging violations of the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201, *et seq.*, and common law breach of contract and unjust enrichment claims;

　　　　WHEREAS, opt-in plaintiff Arielle Oberdier ("Plaintiff Oberdier") joined this collective action lawsuit by executing and filing her Consent To Join form on November 16, 2020;

　　　　WHEREAS, opt-in plaintiff Ejaniquica Lindsey ("Plaintiff Lindsey") joined this collective action lawsuit by executing and filing her Consent To Join form on December 15, 2020;

　　　　WHEREAS, Plaintiff Ruffin, Plaintiff Oberdier and Plaintiff Lindsey (collectively, "Plaintiffs") and Defendants settled this matter on or about February 1, 2021;

　　　　WHEREAS, Plaintiffs and Defendants executed a formal settlement agreement on or about February 9, 2021;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants (the "Parties") through their designated counsel that the above-captioned action should be dismissed with prejudice as to Plaintiffs' individual claims and without prejudice as to the putative collective and class allegations, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties further stipulate that, except as set forth in the settlement agreement between them, the Parties shall bear their own attorneys' fees, expenses and costs.

Submitted with this Stipulation is a proposed Order for dismissal in the form provided via the Court's website by the Honorable Freda L. Wolfson.

Dated: February 11, 2021                              Respectfully Submitted,

/s/ Nicholas Conlon
Jason T. Brown (*NJ Bar ID# 35921996*)
Nicholas Conlon (*NJ Bar ID# 34052013*)
Brown, LLC
111 Towne Square Place, Suite 400
Jersey City, New Jersey 07310
Phone: (877) 561-0000
jtb@jtblawgroup.com
nicholasconlon@jtblawgroup.com

Jason J. Thompson (admitted *pro hac vice*)
Rod M. Johnston (admitted *pro hac vice*)
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, Michigan 48076
Phone: (248) 355-0300
jthompson@sommerspc.com
rjohnston@sommerspc.com

ATTORNEYS FOR PLAINTIFFS

/s/ Richard B. Tucker (with consent)
NJ Attorney I.D. # 015721982
271 Wall Street
Princeton, New Jersey 08540
rtucker@braunresearch.com
Phone: (609) 613-8130

ATTORNEY FOR DEFENDANTS