UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | |
|---|---|
| **EBONY RUFFIN**, individually and on behalf of all other similarly situated individuals,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>**BR INTERVIEWING, INC.** and **BRAUN RESEARCH, INC.**<br><br>　　　　　　Defendants. | Civil Action No. 20-14513 (FLW)(ZNQ)<br><br>Hon. Freda L. Wolfson<br><br>**ORDER OF DISMISSAL** |

　　　This matter having come before the Court pursuant to the stipulation of the parties, by and through their counsel, and the Court being fully advised in the premises;

　　　IT IS HEREBY ORDERED that the putative collective and class allegations asserted in the above-referenced action be and hereby are dismissed without prejudice; and

　　　IT IS HEREBY ORDERED that the individual claims of the Plaintiffs are hereby dismissed with prejudice.

IT IS SO ORDERED.


Dated: February 16, 20201　　　　　　　　　　/s/ Freda L. Wolfson
　　　　　　　　　　　　　　　　　　　　　　　Hon. Freda L. Wolfson
　　　　　　　　　　　　　　　　　　　　　　　U.S. Chief District Judge